UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRUCE WESTIN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CALABASAS,<br><br>Defendant. | No. LA CV 24-08884-VBF (DFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered granting Defendant City of Calabasas's Motion for Summary Judgment (Dkt. 28) and dismissing this action with prejudice.

Date:  January 9, 2026

_Valerie Baker Fairbank_
_____

Hon. Valerie Baker Fairbank
Senior United States District Judge