UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRUCE WESTIN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CALABASAS,<br><br>Defendant. | No. LA CV 24-08884-VBF (DFM)<br><br>JUDGMENT |

    Final judgment is hereby entered in favor of the defendant and against the plaintiff.  IT IS SO ADJUDGED.

Date: January 9, 2026

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
United States District Judge